170 A.3d 941

KEAN FEDERATION OF TEACHERS, JAMES CASTIGLIONE, AND VALERA HASCUP, PLAINTIFFS–RESPONDENTS, v. ADA MO-RELL, DEFENDANT, AND BOARD OF TRUSTEES OF KEAN UNIVERSITY, AND KEAN UNIVERSITY, A BODY CORPORATE AND POLITIC, DEFENDANTS–APPELLANTS.

September 22, 2017

ORDER

It is ORDERED that the motion of the New Jersey School Boards Association for leave to appear as amicus curiae is grant-ed, limited solely to the brief that accompanied the motion. The parties may serve and file briefs in response on or before October 23, 2017.

170 A.3d 942

KEAN FEDERATION OF TEACHERS, JAMES CASTIGLIONE, AND VALERA HASCUP, PLAINTIFFS–RESPONDENTS, v. ADA MO-RELL, DEFENDANT, AND BOARD OF TRUSTEES OF KEAN UNIVERSITY, AND KEAN UNIVERSITY, A BODY CORPORATE AND POLITIC, DEFENDANTS–APPELLANTS.

September 22, 2017

ORDER

It is ORDERED that the motion of the New Jersey Association of School Administrators for leave to as appear amicus curiae is granted, limited solely to the brief that accompanied the motion. The parties may serve and file briefs in response on or before October 23, 2017.